UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No. 24-MJ-3102

RAMON RODRIGUEZ OSORIO,                    ORDER

        Defendant.

-------------------------------------------------------x

        A plea hearing in this case is scheduled to proceed on December 19, 2024, at 3:30 p.m., in Courtroom 17C.

SO ORDERED.

Dated: New York, New York                 /s/ Laura Taylor Swain
       December 16, 2024                 LAURA TAYLOR SWAIN
                                               Chief United States District Judge